Nos. 2022-1642

# United States Court of Appeals
# for the Federal Circuit

CARAVAN CANOPY INTERNATIONAL, INC.,

*Appellant*,

v.

WALMART, INC., Z-SHADE CO., LTD., COSTCO WHOLESALE
CORPORATION, LOWE'S HOME CENTERS, LLC, SHELTERLOGIC CORP.,

*Appellees.*

Appeal from the Patent Trial and Appeal Board of the
United States Patent and Trademark Office in IPR2020-01026

**APPELLEES' UNOPPOSED MOTION FOR A 30 DAY EXTENSION OF
TIME TO FILE THEIR RESPONSE BRIEF**

David A. Reed
**KILPATRICK TOWNSEND &
STOCKTON LLP**
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA  30309
Telephone: 404 745 2548
Facsimile:  404 541 3127

Kathleen R. Geyer
**KILPATRICK TOWNSEND &
STOCKTON LLP**
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
Telephone:  206 467 9600
Facsimile:    206 623 6793

*Counsel for Appellee Walmart Inc.*

August 15, 2022

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rules 26(b) and 27(h), Appellees Walmart Inc., Z-Shade Co., Ltd., Costco Wholesale Corporation, Lowe's Home Centers, LLC, and Shelterlogic Corp. ("Appellees") move this Court to modify the briefing schedule to extend the deadline for Appellees to file their response brief by 30 days. Appellant Caravan Canopy International, Inc. ("Appellant") does not oppose this motion.

As set forth in the accompanying Declaration of David A. Reed, Appellees seek this extension for good cause, because counsel of record have other professional commitments before the current deadline that have impacted and will continue to impact their ability to prepare Appellees' brief under the current deadline. In accordance with Federal Circuit Rule 26(b), Appellees further state that:

1.     Appellees seek to extend the due date for their response brief, currently set for September 6, 2022.

2.     Appellees seek to extend the due date until October 6, 2022.

3.     Appellees are seeking a 30-day extension.

4.     Appellees have not previously sought or been granted an extension in this case.

5.     Appellant does not oppose the requested 30-day extension.

For the foregoing reasons, Appellees respectfully request that the Court grant a 30-day extension for the deadline for Appellees to file their response brief, resulting in a new deadline of October 6, 2022.

August 15, 2022

*/s/ David A. Reed*

David A. Reed
**KILPATRICK TOWNSEND &
STOCKTON LLP**
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA  30309
Telephone: (404) 745-2548
Facsimile:  (404) 541-3127

Kathleen R. Geyer
Dario Machleidt
**KILPATRICK TOWNSEND &
STOCKTON LLP**
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
Telephone:  (206) 467-9600
Facsimile:   (206) 623-6793

Steven D. Moore
**KILPATRICK TOWNSEND &
STOCKTON LLP**
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone: (415) 576-0200
Facsimile: (415) 651-8510

*Counsel for Appellee
Walmart Inc.*

/s/ William J. Brown
William J. Brown
**BROWN WEGNER LLP**
2010 Main Street, Suite 1260
Irvine, CA 92614
Telephone: (949) 705-0080

*Counsel for Appellee*
*Lowe's Home Centers, LLC*

/s/ John R. Horvack, Jr.
Damian K. Gunningsmith
John R. Horvack, Jr.
**CARMODY TORRANCE SANDAK & HENNESSEY LLP**
195 Church St., 18th Floor
P.O. Box 1950
New Haven, CT 06509
Telephone: (203) 777-5501

*Counsel for Appellee*
*ShelterLogic Corp.*

/s/ Lauren K. Katzenellenbogen
Lauren K. Katzenellenbogen
Michael K. Friedland
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main St. 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404

Kerry Taylor
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Dr.
San Diego, CA 92130
Telephone: (949) 707-4000

*Counsel for Appellee*
*Costco Wholesale Corporation*
*and Z-Shade Co., Ltd.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 2022-1642

**Short Case Caption** Caravan Canopy International, Inc. v. Walmart Inc.

**Filing Party/Entity** Walmart Inc.

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/28/2022

Signature: /s/ Steven D. Moore

Name: Steven D. Moore

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Walmart Inc. | Campvalley (Xiamen) Co. Ltd. | |
| | Zhejiang Zhengte Co., Ltd. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

FORM 9. Certificate of Interest

Form 9 (p. 3)
July 2020

---

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Tyler McAllister<br>Kilpatrick Townsend & Stockton LLP | | |
| | | |
| | | |

---

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Caravan Canopy Int'l, Inc. v. Walmart Inc.,<br>No. 2:19-cv-06978 (C.D. Cal.) | Caravan Canopy Int'l, Inc. v. Z-Shade Co. Ltd. et al.,<br>No. 2:19-cv-06224 (C.D. Cal.) | |
| Caravan Canopy Int'l, Inc. v. The Home Depot USA, Inc. et al.,<br>No. 8:19-cv-01072 (C.D. Cal.) | Caravan Canopy Int'l, Inc. v. Lowe's Home Centers, LLC et al.,<br>No. 2:19-cv-06952 (C.D. Cal.) | |
| Caravan Canopy Int'l, Inc. v. ShelterLogic Corp. et al.,<br>No. 5:19-cv-01224 (C.D. Cal.) | | |

---

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 22-1642 |
| **Short Case Caption** | Caravan Canopy International, Inc. v. Walmart, Inc. |
| **Filing Party/Entity** | Z-Shade Co., Ltd. |

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box.** Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 4/28/2022

Signature: /s/ Lauren K. Katzenellenbogen

Name: Lauren K. Katzenellenbogen

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Z-Shade Co., Ltd. | Z-Shade Co. Ltd. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Kerry Taylor<br>Knobbe, Martens, Olson & Bear, LLP | Andrew M. Douglas<br>Knobbe, Martens, Olson & Bear, LLP | Lauren K. Katzenellenbogen<br>Knobbe, Martens, Olson & Bear, LLP |
| Michael K. Friedland<br>Knobbe, Martens, Olson & Bear, LLP | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 22-1642 |
| **Short Case Caption** | Caravan Canopy International, Inc. v. Walmart, Inc. |
| **Filing Party/Entity** | Costco Wholesale Corporation |

**Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 4/28/2022

Signature: /s/ Lauren K. Katzenellenbogen

Name: Lauren K. Katzenellenbogen

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Costco Wholesale Corporation | Costco Wholesale Corporation | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| Kerry Taylor<br>Knobbe, Martens, Olson & Bear, LLP | Andrew M. Douglas<br>Knobbe, Martens, Olson & Bear, LLP | Lauren K. Katzenellenbogen<br>Knobbe, Martens, Olson & Bear, LLP |
| Michael K. Friedland<br>Knobbe, Martens, Olson & Bear, LLP | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 2022-1642 |
| **Short Case Caption** | Caravan Canopy International, Inc. v. Walmart, Inc. |
| **Filing Party/Entity** | Lowe's Home Centers, LLC |

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/28/2022

Signature:   /s/ William J. Brown, Jr.

Name:      William J. Brown, Jr.

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☐ None/Not Applicable |
| Lowe's Home Centers, LLC | | Lowe's Companies, Inc. |
| / / / | | / / / |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

14

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| Richard A. Neifeld | | |
| Neifeld IP Law, PC | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐   None/Not Applicable          ☑   Additional pages attached

| | | |
|---|---|---|
| Caravan Canopy Intl, Inc. v. | Lowe's Home Centers, LLC | No. 2:19-cv-06952-PSG-ADS |
| Caravan Canopy Intl, Inc. v. | Home Depot U.S.A., Inc. | No. 8:19-cv-01072-PSG-ADS |
| Caravan Canopy Intl, Inc. v. | Z-Shade Co., Ltd. | No. 2:19-cv-06224-PSG-ADS |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☐   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Att. to Form 9 (p. 4)

**ATTACHMENT to 5.**
**CERTIFICATE OF INTEREST [Form 9]**

Case Title                                              Case Number

Caravan Canopy Intl, Inc. v. Shelterlogic Corp.    No. 5:19-cv-01224-PSG-ADS

Caravan Canopy Intl, Inc. v. Walmart, Inc.         No. 2:19-cv-06978-PSG-ADS

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 2022-1642 |
| **Short Case Caption** | Caravan Canopy International, Inc. v. Walmart, Inc. |
| **Filing Party/Entity** | ShelterLogic Corp. |

---

**Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/28/2022

Signature: /s/ Damian K. Gunningsmith

Name: Damian K. Gunningsmith

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| ShelterLogic Corp. | | SLogic Holding Corp. |
| | | ShelterLogic Group, Inc. |
| | | ShelterLogic Group Holdings, Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑   None/Not Applicable        ☐   Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐   None/Not Applicable        ☐   Additional pages attached

| | | |
|---|---|---|
| Caravan Canopy Int'l, Inc. v. Costco Wholesale Corporation et al., 8:19-cv-01072 (C.D. Cal. May 31, 2019) | Caravan Canopy Int'l, Inc. v. ShelterLogic Corp. et al., 5:19-cv-01224 (C.D. Cal. July 1, 2019) | Caravan Canopy Int'l, Inc. v. Z-Shade Co. Ltd. et al., 2:19-cv-06224 (C.D. Cal. July 18, 2019) |
| Caravan Canopy Int'l, Inc. v. Lowe's Home Centers, LLC et al., 2:19-cv-06952 (C.D. Cal. Aug. 9, 2019) | Caravan Canopy Int'l, Inc. v. Walmart Inc., 2:19-cv-06978 (C.D. Cal. Aug. 12, 2019) | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable        ☐   Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

## DECLARATION OF DAVID A. REED

I, David A. Reed, declare as follows:

1.    I am an attorney licensed to practice in the State of Georgia. I am a member in good standing in all jurisdictions where I have been admitted to practice.

2.    I am principal counsel for Appellee Walmart Inc. ("Walmart"). Along with my colleague Kathleen R. Geyer, I have responsibility for preparation of Appellees' briefing in this appeal.

3.    Counsel of record have professional commitments during the period preceding and around the current deadline for Appellees' responsive brief. The same counsel also are occupied with several Federal Circuit, district court, and ITC cases, which will require substantial time during the present period, including for briefing in multiple co-pending appeals, and expert reports and depositions. Counsel of record also must coordinate with counsel for Appellees Z-Shade Co., Ltd., Costco Wholesale Corporation, Lowe's Home Centers, LLC, and Shelterlogic Corp. in connection with this appeal.

4.    These commitments have impacted and will continue to impact counsel's ability to prepare Appellees' responsive brief under the current deadline.

5.    Based on communications with counsel for Appellant, I understand that Appellant does not oppose this request and will not be filing an opposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 15th day of August, 2022.

*/s/ David A. Reed*
David A. Reed

*Counsel for Appellee*
*Walmart Inc.*

# <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Circuit Rule 27(d).

1. Exclusive of the accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B) and the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 446 words.

2. The motion has been prepared in proportionally spaced typeface using Microsoft Office 365 in 14 point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

*/s/ David A. Reed*
David A. Reed

## PROOF OF SERVICE

I hereby certify that on August 15, 2022, a true and correct copy of the foregoing **APPELLEES' UNOPPOSED MOTION FOR A 30 DAY EXTENSION OF TIME TO FILE THEIR RESPONSE BRIEF** was filed with the Clerk of the United States Court of Appeals for the Federal Circuit and served on all counsel of record by the Court's CM/ECF system.


*/s/ David A. Reed*
David A. Reed

*Counsel for Appellee Walmart Inc.*