NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARAVAN CANOPY INTERNATIONAL, INC.,**
*Appellant*

v.

**Z-SHADE CO., LTD., COSTCO WHOLESALE CORPORATION, LOWE'S HOME CENTERS, LLC, SHELTERLOGIC CORP.,**
*Appellees*

---

2022-1642

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01026 and IPR2021-00449.

---

**ON MOTION**

---

**O R D E R**

Caravan Canopy International, Inc. moves out of time for an extension of time to file the joint appendix and submits the appendix, docketed as ECF No. 38. Appellees oppose the motion.

2    CARAVAN CANOPY INTERNATIONAL, INC. v. Z-SHADE CO., LTD.

On January 20, 2023, the appeal was dismissed for failure to timely file an appendix pursuant to Federal Circuit Rule 30(a).

The court notes that ECF No. 38 does not comply with the rules of the court for the following reasons: (1) the appendix exceeds the number of pages permitted to be bound in one volume, s*ee* Fed. Cir. R. 30(a)(4); and (2) the appendix is not completely text-searchable. *See* United States Court of Appeals for the Federal Circuit, Clerk's Office Electronic Filing Procedures at IV.A.11(e).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to extend time is granted to the extent that the January 20, 2023, dismissal order will be vacated, the mandate recalled, and the appeal reinstated if Caravan files a compliant appendix within 7 days from the date of filing of this order.

FOR THE COURT

February 14, 2023    /s/ Peter R. Marksteiner
Date                Peter R. Marksteiner
                    Clerk of Court